HARRY BURACK, complainant-appellant,

*v.*

PAULINE MAYERS, executrix of the estate of Edward Mayers, deceased, defendant-respondent.

[Submitted February 2d, 1937. Decided April 30th, 1937.]

*Messrs. Avidan & Avidan (Mr. Spaulding Frazer* and *Mr. Alexander Avidan,* of counsel), for the appellant.

*Messrs. Hannoch & Lasser (Mr. Herbert J. Hannoch* and *Mr. William S. Myers,* of counsel), for the respondent.

PER CURIAM.

This is an appeal from a decree dismissing the bill of complaint. We have examined with care the record and conclude that it entirely justified the decree made and the decree will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE. HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 15.

*For reversal*—None.